■ In the Matter of LENIN GONZALEZ, JR., Respondent, v RICHARD KOEHLER as Commissioner of Correction of the City of New York, et al., Appellants.—Judgment, Supreme Court, New York County (Helen Freedman, J.), entered on October 7, 1988, unanimously affirmed, for the reasons stated by Helen Freedman, J., in her opinion dated July 14, 1988, without costs and without disbursements. Concur—Kupferman, J. P., Milonas, Kassal, Wallach and Rubin, JJ.

(March 6, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUPERT WILLIAMS, Appellant.—Judgment of the Supreme Court, New York County (Franklin Weissberg, J., at suppression hearing; Ira Beal, J., at jury trial and sentence), convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent, indeterminate terms of imprisonment of from 4½ to 9 years, is unanimously affirmed.

We find no merit to defendant's claim that the proof of the uncharged sales deprived him of a fair trial *(People v Hernandez,* 71 NY2d 233). While the better practice would have been for the court to give limiting instructions explaining the purpose of such proof, here the unpreserved error was harmless *(People v Williams,* 67 AD2d 265, 268, *affd* 50 NY2d 996). Also unpreserved is defendant's contention that the prosecutor's comments on summation concerning the uncharged crimes were improper; were we to reach this argument, we would find it to be of no merit. Concur—Murphy, P. J., Carro, Milonas, Kassal and Wallach, JJ.